UNITED STATES DISTRICT COURT FOR THE SOUTHERN INDIANA DISTRICT

Civil Action No.   3:24-cv-018-RLY-CSW

Plaintiff: David Lowe
802 e State St
Princeton In, 47670
812-431-5032
dlowe2222@gmail.com

VS

Defendant: Toyota Motor Manufacturing Indiana, Inc.
4000 s Tulip Tree Dr
Princeton In, 47670
Attn: Jamie Ball
Human Resource Talent MGR, TMNA
812-664-8249
jamieball@toyota.com
Attn: Peggy Pruitt
Human Resource Investigator, TMNA
812-664-9123
peggypruitt@toyota.com

FILED
JAN 26 2024
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

complaint

I started working at Toyota in Apr 2019, over 4 years now in the production welding department. About a year ago in Nov 2022, I passed a college assessment test and therefore became qualified to become a maintenance team member. I have had two interviews with the talent Mgr. and both times she failed me saying that I didn't follow the Indeed.com Star Format. Some good points that expressed during the interview was that I worked in different areas in my department, I worked on company vacation time off, and I went on a company road trip. Toyota transfer and promotion polices mention a few points for being competent and qualified and I in fact meet these standards. Toyota transfer and promotion polices also mention years of service and dedication which I have proven.

After I failed the interview I talked to the senior hiring Mgr. and she set up an appointment with me and the human resource investigator. I went to complain to her on Sept 12 but the investigator did not take my complaint or have an investigation conducted. She told me that she would write a letter and send it to her boss in Plano TX and that the matter was considered closed. I asked her to make sure that I see the letter so that I could make sure that she did in fact make the letter, she told

1

me that she would have to check with her boss in Plano TX.  I never saw a letter and therefore two weeks later on Sept 25 I filed a complaint with Toyota's human resource Dept web site ethicspoint.com.  On Nov 1 ethicspoint.com did in fact answer my complaint.

1) Plaintiff alleges that plaintiff applied for transfer position on July 30, two days after the job was posted on the web site app, then after two weeks around Aug 16, defendant put plaintiff's application for transfer on an inactive status.  Plaintiff alleges that because of defendants mishandling of plaintiff's application for transfer that plaintiff was denied the position.
2) Plaintiff also alleges that because defendant did not follow Toyota transfer and promotion policies for the 2nd time reached an erroneous conclusion and failed plaintiffs' application for transfer.
3) Plaintiff alleges that the opportunity to complain to the human resource Dept was denied, there was no investigation done, nor was a report key or password given.
4) Plaintiff also alleges that defendant was inconsistent and told plaintiff that the matter had been taken care of and was complete.

Plaintiff is seeking summary judgement as relief and injunction into a maintenance position based on mistakes that were made by defendants' recession from Toyota transfer and promotion polices.  Plaintiff is also seeking damages awards of $9,462 according to TMMI time reporting and wage administration policy based on $12.45 an hour increase in pay for 19 weeks from Sept 1 - Jan 12.

_____
DAVID LOWE

STATE OF INDIANA   )
                                         ) SS:
COUNTY OF GIBSON  )

Before me, the undersigned, a Notary Public in and for said County and State, this 24th day of January, 2024, personally appeared **DAVID LOWE**, and acknowledges the above statement to be true to the best of his knowledge.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal.

DAPHNE J KRAMER
Notary Public - Seal
Gibson County - State of Indiana
Commission Number NP0738057
My Commission Expires Dec 20, 2029

Signed: Daphne J Kramer
Notary Public

REPORT DETAILS

Report Submission Date
9/25/2023
Reported Company/Branch Information
Location TMMI – Princeton, IN - Administration
4000 Tulip Tree Drive
City/State/Zip: Princeton, IN, 47670, USA )
Details
I applied for a maintenance position on July 28, one day after the job was posted. About 2 weeks later, my application was deactivated for no reason. I called Jamie Ball, the TMNA talent MGT and asked her why, she told me their is a 2 year wait period, even so, she gave me an interview on Aug 22. I failed the interview for 4 reasons; 1) I didn't follow the indeed.com star format interviewing technique, 2) poor answer concerning assisting coworkers with their assignment, 3)poor answer to problem solving and technical skills, 4) not showing quantitative data skills.
I feel that the indeed.com star format is not part of Toyota transfer policies and that I am qualified for the maintenance position according to those policies. I think that these are poor reasons for failing my application and that maybe there were mistakes made by the talent MGT deactivating my application and wasting time
Follow-Up Notes
There are no additional notes for this report.
Follow-Up Questions/Comments
**9/25/2023 9:29 AM posted by Organization**
Thank you for raising your report to the Toyota Speak Up Line. Your report is currently being reviewed. In order to address your concerns, we will have someone contact you directly to discuss in more detail.

Thank you,
Toyota Compliance & Ethics
**11/1/2023 3:38 AM posted by Organization**
Thank you for raising your concern to the Toyota Speak Up Line.

TMNA Investigations met with you on September 12, 2023, and shared the outcome of their analysis of the process that was followed during your Skilled Maintenance application process.

The process to move into Skilled Maintenance has 3 elements: (1) meet the requirements of education and/or prior work experience; (2) pass the assessment; and (3) pass an interview. You have (1) met the requirements (your degree); (2) passed the assessment; but (3) failed the interview twice. You failed the interview in November 2022 and again in August 2023. You were given specific feedback compiled by the two different interview teams regarding the gaps in your interviews each time you interviewed.

TMNA Investigations has confirmed that the STAR interview format (situation, task, activity and result) is used consistently for all Skilled Maintenance interviews. Standardized questions are utilized to provide uniformity for all Skilled Maintenance interviews. Utilization of the STAR format is also the standard for all promotional interviews at TMMI (Team Member to Team Leader; Team Leader to Group Leader). While you may disagree with this method and your particular outcome, it is important to recognize that the Talent Management group must follow their established process to

1

achieve fair and measurable outcomes for all team members who apply and successfully complete each element to move into Skilled Maintenance.

TMNA Investigations has reviewed the feedback given to you after each interview. It has been confirmed that you were guided to work with your Group Leader or mentor to improve your interview skills, utilizing the STAR format. Your work area has agreed to provide the support so that you can gain the interviewing skills needed for a successful final step in this process.

It is our hope that you will accept this response to your inquiry, and move forward in your quest to move into a Skilled Maintenance position at TMMI.

TMNA Investigations
Chat Transcripts
There are no chat transcripts for this incident.

_____
DAVID LOWE

STATE OF INDIANA        )
                        ) SS:
COUNTY OF GIBSON        )

    Before me, the undersigned, a Notary Public in and for said County and State, this 24th day of January, 2024, personally appeared **DAVID LOWE**, and acknowledges the above statement to be true to the best of his knowledge.

    IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal.

DAPHNE J KRAMER
Notary Public - Seal
Gibson County - State of Indiana
Commission Number NP0738057
My Commission Expires Dec 20, 2029

Signed:_____
Notary Public

2