> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 5/02/2025

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

DAVID LOWE,

      Plaintiff,

v.

TOYOTA MOTOR MANUFACTURING INDIANA, INC.,

      Defendant.

Case No. 3:24-cv-00018-RLY-CSW

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Lowe and Defendant TOYOTA MOTOR MANUFACTURING INDIANA, INC. hereby stipulate and agree that this action shall be dismissed with prejudice. Each party will bear their own respective attorney's fees and costs.

**AGREED TO BY:**

| David Lowe, *Plaintiff* | TOYOTA MOTOR MANUFACTURING INDIANA, INC., *Defendant* |
|---|---|
| BY: /s/ David Lowe (*with consent*) <br> David Lowe PRO SE <br> 802 E. State St. <br> Princeton, IN 47670 <br> dlowe2222@gmail.com | BY: /s/ Bryan Vayr <br> Uma Chandrasekaran, Bar No. 6281690 <br> uchandrasekaran@seyfarth.com <br> Bryan Vayr, Bar No. 6327729 <br> bvayr@seyfarth.com <br><br> SEYFARTH SHAW LLP <br> 233 South Wacker Drive <br> Suite 8000 <br> Chicago, Illinois 60606-6448 <br> Telephone: (312) 460-5000 <br> Facsimile: (312) 460-7000 |